IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Brian Craig v. Target Corp., et al.

No. 0:25-cv-4434-NEB-SGE

## NOTICE OF WITHDRAWAL OF R. TRENT MCCOTTER AS COUNSEL

R. Trent McCotter will be leaving his employment with Boyden Gray PLLC and, pursuant to Local Rule 83.7(a), hereby respectfully provides notice of his withdrawal as counsel for Plaintiffs in this case. Plaintiffs will continue to be represented by Erick G. Kaardal, who is an active member in good standing of the bar of this Court.

January 1, 2026

Respectfully submitted,

*/s/ R. Trent McCotter*
R. TRENT MCCOTTER (*pro hac vice*)
Jared M. Kelson (*pro hac vice forthcoming*)
Boyden Gray PLLC
800 Connecticut Avenue NW
Suite 900
Washington, DC 20006
(202) 955-0620
tmcotter@boydengray.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on this date I filed the foregoing, which will serve all parties who have appeared, via the Court's EM/ECF system.

/s/ R. Trent McCotter

R. Trent McCotter
